BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

## DATE: DECEMBER 12, 2014
Time in Court: **95 minutes**
**SEALED**

## CRIMINAL CAUSE FOR ARRAIGNMENT & PLEADING

DOCKET # CR 14-609 (RJD)

CASE: **USA -V-   JOHN DOE  (ON BOND)**
              COUNSEL:   Stephen Kaufman, Andrew Kaufman,
                        Lewis Liman and Kate Currie       (RETAINED)

 AUSA:    SAM NITZE, EVAN NORRIS, AMANDA HECTOR, BRIAN MORRIS
PORTUGUESE INTERPRETER: THEODORE FINK

COURTREPORTER:   TONY MANCUSO

X     **CASE CALLED FOR ARRAIGNMENT & PLEA.**
X     **PORTUGUESE INTERPRETER SWORN.**
X     **DEFT SWORN.**

X     **WAIVER OF INDICTMENT EXECUTED.**

X     **INFORMATION HANDED UP TO COURT FOR SEALING.**

X     **PLEA AGREEMENT MARKED AS COURT EXHIBIT "A".**

X      **DEFENDANT ENTERS A PLEA OF GUILTY TO COUNTS 1, 2, 3, 4 OF THE
        FOUR COUNT INFORMATION .**

X     **COURT FINDS THAT THE PLEAS WERE MADE KNOWINGLY &
       VOLUNTARILY AND NOT COERCED. COURT FINDS FACTUAL
       BASIS FOR THE PLEAS & ACCEPTS PLEAS OF GUILTY TO COUNTS
       1, 2, 3, 4 OF THE FOUR COUNT INFORMATION.**

X     **ORDER OF FORFEITURE EXECUTED AND ORDERED SEALED.**

X     **SENTENCE DATE/CONTROL DATE: JUNE 26, 2015@10:00AM**

X     **DEFENDANT CONTINUED ON BOND.**
X     **TRANSCRIPT, DOCKET ENTRY AND ALL DOCUMENTS SEALED.**