BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE



**DATE: MAY 14, 2015**
*Time in Court: **60 minutes***
**SEALED**

CRIMINAL CAUSE FOR PLEADING

DOCKET # CR 14-609-02 & 03  (RJD)

CASE:  USA -V-    TRAFFIC SPORTS USA, INC. (*Defendant #2*)
       USA -V-    TRAFFIC SPORTS INTERNATIONAL, INC. (*Defendant #3*)
COUNSEL(*for both defendants*) Lewis Liman, Stephen Kaufman, Andrew Kaufman, Kate Currie

AUSA:   EVAN NORRIS, SAM NITZE, KEITH EDELMAN
PORTUGUESE INTERPRETER: ADELIA RAMOS de ALMEIDA

COURTREPORTER:   STACY MACE

- X    CASE CALLED FOR PLEADING.
- X    PORTUGUESE INTERPRETER MS. RAMOS de ALMEIDA SWORN.
- X    DEFT, JOHN DOE (*defendant #1*) ON BEHALF OF BOTH CORPORATIONS (*Defendants 2 and 3*) WILL ENTER PLEAS.

- X    DEFENDANT SWORN.
- X    WAIVER OF INDICTMENT AS TO BOTH DEFENDANTS EXECUTED.

- X    PLEA AGREEMENTS MARKED AS FOLLOWS:
  AS TO DEFENDANT 2:   COURT EXHIBIT "2"
  AS TO DEFENDANT 3:   COURT EXHIBIT "3"

- X    DEFENDANT ENTERS PLEAS OF GUILTY TO COUNT 2 OF THE FOUR COUNT INFORMATION ON BEHALF OF DEFENDANT # 2 AND DEFENDANT #3.

- X    COURT FINDS THAT THE PLEAS WERE MADE KNOWINGLY & VOLUNTARILY AND NOT COERCED. COURT FINDS FACTUAL BASIS FOR THE PLEAS & ACCEPTS PLEAS OF GUILTY AS TO DEFENDANT #2 AND DEFENDANT #3.
- X    SENTENCE/CONTROL DATE: 9/25/15 @10:00AM
- X    TRANSCRIPT, DOCKET ENTRY AND ALL DOCUMENTS SEALED UNTIL FURTHER ORDER OF THE COURT.