UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
UNITED STATES OF AMERICA,

         - against -

JOSÉ HAWILLA,

               Defendant.
-------------------------------------------------------- x

**ORDER**

14 CR 609 (RJD)

DEARIE, District Judge

      By letter motion dated May 28, 2015, reporters for various news organizations seek to unseal the transcript of defendant's guilty plea entered on December 12, 2014. See ECF No. 52. The Government has filed a sealed opposition to this request.

      While judicial proceedings and records are presumptively open to the public, the right of access is "qualified" in certain circumstances. A court may close an otherwise public proceeding, or seal a particular document, based on a finding that closure or sealing "is essential to preserve higher values and is narrowly tailored to serve that interest." United States v. Alcantara, 396 F.3d 189, 199 (2d Cir. 2005). In this case, the Government has articulated a compelling interest in keeping the transcript sealed. Therefore, pending the Court's further review of statements and other information in the public realm, the motion to unseal is denied. The Court will revisit this application as the circumstances change.

SO ORDERED.

Dated: Brooklyn, New York
      May 29, 2015

                          /s/ Judge Raymond J. Dearie

                          RAYMOND J. DEARIE
                          United States District Judge