

**U.S. Department of Justice**

*United States Attorney
Eastern District of New York*

EMN:SPN
F.#2014R00190

*271 Cadman Plaza East
Brooklyn, New York 11201*

September 23, 2015

By ECF

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. José Hawilla, et al.
     Criminal Docket No. 14-609 (RJD)

Dear Judge Dearie:

   The government respectfully requests that the sentencing control date for defendants José Hawilla, Traffic Sports USA, Inc., and Traffic Sports International, Inc., currently set for September 25, 2015 at 10:00 a.m., be adjourned to April 8, 2016 at 10 a.m., a date and time the parties have been informed is convenient for the Court. Defense counsel have been consulted and join in this request. Defense counsel have indicated that the corporate defendants require additional time to resolve outstanding financial issues in advance of sentencing. An adjournment of the sentencing control date for Mr. Hawilla for at least six months also is appropriate under the circumstances.

Finally, the adjournment will allow the Probation Department time to conduct its presentence investigation with respect to the corporate defendants.

Respectfully submitted,

KELLY T. CURRIE
Acting United States Attorney
Eastern District of New York

By: \_\_\_/s/_____
Evan M. Norris
Amanda Hector
Darren A. LaVerne
Samuel P. Nitze
M. Kristin Mace
Keith Edelman
Assistant U.S. Attorneys
718-254-7000

cc: Michael Bachner, Esq.
Nicholas G. Arons, Esq.