UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

    -against-

JOSÉ HAWILLA,
TRAFFIC SPORTS USA, INC., and
TRAFFIC SPORTS INTERNATIONAL, INC.,

    Defendants.

LIMITED UNSEALING ORDER

14 CR 609 (RJD)

------------------------------X

    WHEREAS an application has been made by KELLY T. CURRIE, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Samuel P. Nitze, for an order unsealing (1) a redacted transcript of defendant José Hawilla's plea proceeding in this case, held on December 12, 2014: (2) a redacted version of Mr. Hawilla's cooperation agreement; (3) the transcript of the guilty pleas of corporate defendants Traffic Sports USA, Inc. ("TUSA") and Traffic Sports International, Inc. ("TSI"), held on May 14, 2015; (4) a redacted version of TUSA's plea agreement; and (5) a redacted version of TSI's plea agreement;

    IT IS ORDERED that the court reporter reissue the transcript of the guilty pleas of corporate defendants TUSA and TSI, attached to the government's application as Exhibit D, under Docket Number 14 CR 609;

   IT IS FURTHER ORDERED that the above-referenced documents, attached to the government's application in redacted form as Exhibits B, C, D, E, and F, respectively, and as amended pursuant to the preceding paragraph, are hereby unsealed.

SO ORDERED.

Dated: Brooklyn, New York
    October __12__, 2015

              *S/ Raymond J. Dearie*
              _____
              HON. RAYMOND J. DEARIE
              UNITED STATES DISTRICT JUDGE
              EASTERN DISTRICT OF NEW YORK