UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------X
USA

       Plaintiff,

                   14-Cr. 609 (RJD) #1

- against -

JOSE HAWILLA,

       Defendant.
----------------------------------------------X

  Upon the application of Michael F. Bachner, Esq., counsel for the defendant, and with the consent of the Government, by AUSA Sam Nitze:

**IT IS HEREBY ORDERED:**

That the defendant's bail conditions are modified as follows:

 a. the defendant's expired passport, previously surrendered to the government, shall be released to Mr. Hawilla's counsel or to an attorney designated by him;

 b. the defendant shall be permitted, through his counsel or an attorney designated by him, to apply for a new Brazilian passport;

 c. Mr. Hawilla's counsel shall make a copy of the new passport

and promptly return the original passport to the FBI or as designated by the government attorneys.

d. Mr. Hawilla shall not be in possession of the new or expired passport at any time.

e. All other bail conditions shall remain same.

SO ORDERED:

s/ RJD

U.S. District Court Judge